IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00656 LHK |
| Plaintiff, | ) ) | **[PROPOSED] ORDER** CONTINUING STATUS CONFERENCE |
| v. | ) ) | |
| JOSE EZEQUIEL MONROY, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from November 16, 2011, at 10:00 a.m., and the period of delay from time from November 16, 2011 through and including January 11, 2012, is excluded for purposes of Federal Rule of Criminal Procedure 5.1(d) and the Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

SO ORDERED.

Dated: November 15, 2011

_____
HONORABLE LUCY H. KOH,
United States District Judge

ORDER CONTINUING STATUS
CONFERENCE
No. CR 11-00656 LHK                    1