1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant MONROY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00656 LHK |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **STATUS HEARING;** [~~PROPOSED~~] |
| v. | ) | **ORDER** |
| | ) | |
| JOSE EZEQUIEL MONROY, | ) | |
| | ) | <u>HONORABLE LUCY H. KOH</u> |
| Defendant. | ) | |
| | ) | |

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the status hearing in the above-captioned matter, presently scheduled for, January 11, 2012 at 10:00 a.m., to February 8, 2012, at 10:00 a.m. The reason for the stipulation is as follows. On November 6, 2011, defense counsel's eighty-eight year old mother broke her hip. On November 9, 2011, defense counsel made his final argument in the case of <u>United States vs. Suibin Zhang</u>. CR 05-00812 RMW. Between November 9, 2011, through November 25, 2011, defense counsel took leave to attend to his mother who after overcoming complications, had hip surgery on November 12, 2011. A number of complications arose due to counsel's mother's age, health, and the effects of major surgery. On November 22, 2011, counsel's mother's doctors sent her home where she received hospice

Stipulation to Continue Status Hearing;
[~~Proposed~~] Order
No. CR 11-00656 LHK                1

care and with the expectation that she would die shortly. Counsel's mother died on December 13, 2011, and was buried on December 20, 2011. Because of these reasons and counsel's case load, he has not had sufficient time to complete his investigation. Defense counsel will also not be available during the week of January 3, 2012, and therefore cannot complete his work during that week.

The parties further agree and stipulate that time should be excluded from and including January 11, 2012, through and including February 8, 2012, to provide counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: January 4, 2012

_____/s/_____
MANUEL ARAUJO
Assistant Federal Public Defender

Dated: January 4, 2012

_____/s/_____
DANIEL KALEBA
Assistant United States Attorney

# [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter shall be continued from January 11, 2012, at 10:00 a.m., to February 8, 2012, at 10:00 a.m. It is further ordered that the period of delay from January 11, 2012, through and including February 8, 2012, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: 1/6/12

_____
HONORABLE LUCY H. KOH
United States District Judge

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |