MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE EZEQUIEL MONROY,<br>   a/k/a Jesus Alatorre,<br>   a/k/a "Huesos" or "Bones,"<br><br>    Defendant. | No. CR 11-00656 LHK<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE STATUS<br>APPEARANCE AND EXCLUDING TIME<br>FROM FEBRUARY 8, 2012 TO<br>FEBRUARY 29, 2012 |

The defendant, JOSE EZEQUIEL MONROY, represented by Manuel Araujo, Assistant Federal Public Defender, and the government, represented by Daniel R. Kaleba, Assistant United States Attorney, jointly request that the appearance set for February 8, 2012 be continued to February 29, 2012. Counsel for the government will be unavailable on February 8, 2012 because he will be out of town to attend a funeral. Further, the parties have discussed a resolution in the matter, and both parties would benefit from additional time to conduct the necessary investigation, including into both the facts of this case, as well as the criminal history of the defendant, to reach a possible resolution.

//

STIP. AND [~~PROPOSED~~] ORDER

The parties also jointly request an exclusion of time under the Speedy Trial Act between February 8, 2012 and February 29, 2012, because additional time is necessary to review the discovery and to conduct necessary investigation.

IT IS SO STIPULATED.

Dated: February 8, 2012                    /s/
                                            MANUEL ARAUJO
                                            Attorney for Defendant
                                            JOSE EZEQUIEL MONROY

Dated: February 8, 2012                    /s/
                                            DANIEL R. KALEBA
                                            Assistant United States Attorney

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between February 8, 2012 and February 29, 2012 would unreasonably deny the ~~defendant~~ government continuity of counsel and would deny both counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 8, 2012 and February 29, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between February 8, 2012 and February 29, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 2/7/12                              *Lucy H. Koh*
                                            LUCY H. KOH
                                            United States District Judge