GEOFFREY A. HANSEN,
Acting Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant MONROY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00656 LHK |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **STATUS HEARING TO MAY 2, 2012;** |
| | ) | **[PROPOSED] ORDER** |
| JOSE EZEQUIEL MONROY, | ) | |
| | ) | |
| Defendant. | ) | <u>HONORABLE LUCY H. KOH</u> |
| | ) | |

**STIPULATION**

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the status hearing in the above-captioned matter, presently scheduled for, March 28, 2012 at 9:00 a.m., to May 2, 2012, at 10:00 a.m. The reason for the stipulation is as follows. Counsel for Mr. Monroy needs additional time to complete the investigation suggested by his discussions with his client and needs additional time to discuss with the assistance an interpreter the plea offer recently extended by the government.

The parties further agree and stipulate that time should be excluded from and including March 28, 2012, through and including May 2, 2012, to provide counsel reasonable time to

prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: March 26, 2012

/s/
MANUEL ARAUJO
Assistant Federal Public Defender

Dated: March 26, 2012

/s/
DANIEL KALEBA
Assistant United States Attorney

## ~~[PROPOSED]~~ ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter is continued from March 28, 2012, at 9:00 a.m., to May 2, 2012, at 9:00 a.m. It is further ordered that the period of delay from March 28, 2012, through and including May 2, 2012, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: 3/27/12

Lucy H. Koh
HONORABLE LUCY H. KOH
United States District Judge

*Finding based on defense counsel's ongoing reasonable investigation + thus need for time for effective preparation, taking into account the exercise of due diligence.* Lucy H. Koh

Stipulation to Continue Status Hearing;
[Proposed] Order
No. CR 11-00656 LHK                    2