1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10   UNITED STATES OF AMERICA,              )     No. CR-11-00656 LHK
                                            )
11                         Plaintiff,       )
                                            )     [PROPOSED] ORDER TO CONTINUE
12   vs.                                    )     HEARING AND EXCLUDE TIME
                                            )
13   JOSE EZEQUIEL MONROY,                  )
            a.k.a. Jesus Alatorre,          )
14                                          )
                           Defendant.       )
15   _____)

16          Good cause appearing and by stipulation of the parties, it is hereby ordered that the

17   hearing currently set for Wednesday, August 8, 2012, shall be continued to Wednesday,

18   September 5, 2012, at 9:00 a.m.

19          It is further ordered that the time through and including Wednesday, September 5, 2012,

20   shall be excluded in computing the time within which trial must commence as the reasonable

21   time necessary for effective preparation and continuity of counsel, pursuant to 18 U.S.C. §

22   3161(h)(7)(A) and 3161(h)(7)(B)(iv).

23   Dated: August __7__, 2012

24                                          _____
                                            HON. LUCY H. KOH
25                                          United States District Judge

26